AO91 (Rev. 12/03) Criminal Complaint                      Felony      AUSA

**United States District Court**
**Southern District of Texas**
**FILED**

NOV 0 3 2018

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| vs. | |
| Angel GARCIA | Case Number: B-18- 1057-MJ |
| A215 761 624 United States | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __November 01, 2018__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

knowingly, willfully, and unlawfully combine, conspire and agree, in reckless disregard of the fact that 2 undocumented alien(s) had entered the United States in violation of law and was then and there present in the United States in violation of law, did transport and move said alien(s) by means of a motor vehicle with intent to further his unlawful presence.

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(v)(I)(ii)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On November 01, 2018 at approximately 2110 hrs. (KAK) 967 RVSS Operator advised Harlingen Border Patrol Agent that Cameron County Constable Precinct #5 was requesting Border Patrol to conduct an immigration inspection on several subjects on FM 2556 north HWY 281 near Santa Maria, Texas. Border Patrol Agent arrived on scene and made contact with Cameron County Constable Deputy. The Deputy advised the Agent that he had two subjects and a driver that needed to be interviewed to determine citizenship. Upon initial contact Border Patrol Agent noticed the passengers' clothing were wet and muddy. Border Patrol Agent interviewed both passengers and the driver of the vehicle which resulted in the apprehension of 2 undocumented immigrants from Honduras and Angel Garcia, a United States Citizen. All 3 subjects were placed under arrest and transported to the Harlingen Border Patrol Station for processing and final disposition.

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

Signature of Complainant

Cantu, Isaac    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

November 03, 2018                                              at        Brownsville, Texas
Date                                                                              City/State

Ignacio Torteya III          U.S. Magistrate Judge
Name of Judge                 Title of Judge                              Signature of Judge

United States District Court
Southern District of Texas
**FILED**

NOV 0 3 2018

**AFFIDAVIT**
In support of Criminal Complaint

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | |
| Angel GARCIA | Case Number: B-18- 12-18-1059-MJ |
| A215 761 624  United States | |

Once at the Harlingen Border Patrol Station, Agents initiated a smuggling investigation, discovering through photo lineup, and testimony provided by one individual subject serving as Material Witness, that Angel Garcia was knowingly transporting undocumented aliens for monetary gain.

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1 

this _____ 3rd _____ day of _____ November, 2018 _____.

Signature of Judicial Officer

Cantu, Isaac    Border Patrol Agent
Signature of Complainant